## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                                  :
                                            :    **Chapter 11**
    RBSF Construction Company      :
                                            :    **Bky. No.** 24-11678-pmm
                    **Debtor.**  :
                                            :

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief: _____

Trustee: Holly Smith Miller, Esquire

Has the debtor attended an initial debtor interview?        Yes [X]    No [ ]

If no, please explain: _____

Has the trustee concluded the 341 meeting?                  Yes [ ]    No [X]

If no, please explain: _____

Has the debtor filed all post-petition financial reports?   Yes [ ]    No [X]

If no, please explain: _____

Has the debtor filed all monthly operating reports?         Yes [ ]    No [X]

If no, please explain: _____

Is all relevant insurance in place and current?             Yes [X]    No [ ]

If no, please explain: _____

Has the debtor filed all applicable tax returns?         Yes [ ]    No [X]

    If no, please explain: It is undetermined whether debtor has a tax liability. Debtor is currently evalutaing the issue.

Has the debtor paid all taxes entitled to administrative expense priority?  Yes [ ]   No [X]

If no, please explain: It is undetermined whether debtor has a tax liability. Debtor is currently evalutaing the issue.

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

    Debtor is evaluating current unsecured claims and current leases to determine the feasibility of a plan.

    Debtor does not anticipate an issue with proposing a consensual plan.

Other relevant information:

**Note:** **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." <u>See</u>, 11 U.S.C. § 1189(b).

This status report must be served on the trustee and all parties in interest.

**Date:** July 9, 2024                    /s/ Paul A.R. Stewart

                                                                 **Attorney for Debtor**