UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 24-11678-pmm |
| RBSF Construction Company | : | Chapter 11 |
| Debtor | : | Application to Extend Time to File Brief |

### DEBTOR'S APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF

RBSF Construction Company, Chapter 11 Debtor, respectfully requests an extension of time to file his Brief per Order issued March 30, 2025 and avers as follows:

1. Debtor filed a Chapter 11 Petition on May 16, 2024.

2. Current Brief date is June 4, 2025.

3. Debtor's Counsel has personal emergency that precludes full and adequate response by June 4, 2025.

4. Next listing for Motion to Dismiss is July 2, 2025.

5. This is Debtor's first request for additional time.

6. US Trustee and Sub V Trustee do not oppose this request.

7. Counsel has informed lender counsel and has not yet, received a reply.

WHEREFORE, Debtor requests that this court grant an extension to June 18, 2025 to file comprehensive brief

Date: June 4, 2025                                                /s/ Paul A.R. Stewart
                                                                                                      Paul A.R. Stewart, Esquire
                                                                                                      Legal Helm LLC
                                                                                                      Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 24-11678-pmm |
|---|---|---|
| RBSF Construction Company | : | Chapter 11 |
| Debtor | : | Application to Extend Time to File Brief |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtor's Application for Extension of Time to File Brief, the application is HEREBY GRANTED and it is ORDERED the time to file Brief is extended to the _____ day of _____, 2025.

BY THE COURT:

_____
J.