# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RBSF Construction Company, | § | Case No. 24-11678-PMM |
| | § | |
| Debtor. | § | |

## ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports* (the "Motion"), and the Court having considered the Motion and all related filings, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. An Order approving the fees of the Subchapter V trustee in the amount of 7,427.50, having been entered by this Court on June 23, 2025, see doc #113, the Sub V Trustee shall have the right to pursue all non-bankruptcy remedies to seek payment of this fee upon dismissal of this case.

3. The Debtor's bankruptcy case is hereby DISMISSED.

Dated: **July 2, 2025**

*/s/ Patricia M. Mayer/*

The Honorable Patricia M. Mayer
United States Bankruptcy Judge

1